G. HOPKINS GUY (SBN 124811)
hopguy@orrick.com
MONTE M.F. COOPER (SBN 196746)
mcooper@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   (650) 614-7400
Facsimile:   (650) 614-7401

Attorneys for Plaintiff and Counter-Defendant,
**METARAM, INC.**

ADRIAN M. PRUETZ (SBN 118215)
ampruetz@pruetzlaw.com
ERICA J. PRUETZ (SBN 227712)
ejpruetz@pruetzlaw.com
PRUETZ LAW GROUP LLP
200 N. Sepulveda Blvd., Suite 1525
El Segundo, CA 90245
Telephone:   (310) 765-7650
Facsimile:   (310) 765-7641

ENOCH H. LIANG (SBN 212324
ehl@ltlcounsel.com
STEVEN R. HANSEN (SBN198401)
srh@ltlcounsel.com
LEE TRAN & LIANG APLC
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
Telephone:   (213) 612.3737
Facsimile:   (213) 612.3773

Attorneys for Defendant and Counter-claimant
**NETLIST, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| METARAM, INC., a Delaware corporation,<br><br>　　　　　Plaintiff and Counter-Defendant,<br><br>　　v.<br><br>NETLIST, INC., a Delaware corporation,<br><br>　　　　　Defendant and Counter-Claimant. | **Case No. C-09-1309 VRW**<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MetaRAM, Inc., on the one hand, and Defendant Netlist, Inc., on the other hand, that, pursuant to the settlement agreement reached by the parties, each and every one of Plaintiffs' claims and each and every one of Defendants' counterclaims in the above-captioned matter be and are hereby voluntarily dismissed <u>with prejudice</u> pursuant to Federal Rule of Civil Procedure 41(a)(1. The parties shall each bear their own respective costs and fees.

Dated: December 23, 2009

Respectfully submitted,

G. HOPKINS GUY, III
MONTE M.F. COOPER
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ *G. Hopkins Guy, III /s/*
Monte M.F. Cooper
Attorneys for MetaRAM, Inc.

Dated:  December 23, 2009

Respectfully submitted,

ADRIAN M. PRUETZ
ERICA J. PRUETZ
PRUETZ LAW GROUP LLP

/s/ *Adrian M. Pruetz* /s/
Adrian M. Pruetz
Attorneys for Netlist, Inc.

Dated: December 23, 2009

Respectfully submitted,

ENOCH H. LIANG
STEVEN R. HANSEN
LEE TRAN & LIANG APLC

/s/ *Enoch H. Liang* /s/
Enoch H. Liang
Attorneys for Netlist, Inc.

## ATTESTATION OF E-FILED SIGNATURES

I, Adrian M. Pruetz, attest that Monte M.F. Cooper has read and approved the Joint Stipulation of Dismissal with Prejudice and [Proposed] Order and consents to its filing in this action. I will maintain an executed copy of this document in our files that can be made available for inspection upon request.

Dated:  December 23, 2009

/s/ *G. Hopkins Guy, III* /s/
Monte M.F. Cooper
Attorneys for MetaRAM, Inc.

Dated:  December 23, 2009

/s/ *Adrian M. Pruetz* /s/
Adrian M. Pruetz
Attorneys for Netlist, Inc.

1 **[PROPOSED] ORDER**

2     PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

3     1.   Case No. C-09-1309 VRW and all claims and counterclaims asserted herein are

4          dismissed <u>with prejudice</u>.

5     2.   Each party shall bear its own costs and fees.

6     3.   The Clerk is directed close the files in the above-captioned matter.

8 Dated: December __ , 2009

_____
The Honorable Vaughn R. Walker
United States District Judge