1  G. HOPKINS GUY (SBN 124811)
   hopguy@orrick.com
2  MONTE M.F. COOPER (SBN 196746)
   mcooper@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA 94025
   Telephone:   (650) 614-7400
5  Facsimile:   (650) 614-7401

6  Attorneys for Plaintiff and Counter-Defendant,
   **METARAM, INC.**

7
   ADRIAN M. PRUETZ (SBN 118215)
8  ampruetz@pruetzlaw.com
   ERICA J. PRUETZ (SBN 227712)
9  ejpruetz@pruetzlaw.com
   PRUETZ LAW GROUP LLP
10 200 N. Sepulveda Blvd., Suite 1525
   El Segundo, CA 90245
11 Telephone:   (310) 765-7650
   Facsimile:   (310) 765-7641
12
   ENOCH H. LIANG (SBN 212324
13 ehl@ltlcounsel.com
   STEVEN R. HANSEN (SBN198401)
14 srh@ltlcounsel.com
   LEE TRAN & LIANG APLC
15 601 S. Figueroa Street, Suite 4025
   Los Angeles, CA 90017
16 Telephone:   (213) 612.3737
   Facsimile:   (213) 612.3773
17
   Attorneys for Defendant and Counter-claimant
18 **NETLIST, INC.**

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21                         SAN FRANCISCO DIVISION

22 | METARAM, INC., a Delaware corporation, | **Case No. C-09-1309 VRW** |
|---|---|
| Plaintiff and Counter-Defendant, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| NETLIST, INC., a Delaware corporation, | |
| Defendant and Counter-Claimant. | |

28

OHS West:260799617.1
16870-2001

1   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MetaRAM, Inc., on the one hand, and Defendant Netlist, Inc., on the other hand, that, pursuant to the settlement agreement reached by the parties, each and every one of Plaintiffs' claims and each and every one of Defendants' counterclaims in the above-captioned matter be and are hereby voluntarily dismissed <u>with prejudice</u> pursuant to Federal Rule of Civil Procedure 41(a)(1. The parties shall each bear their own respective costs and fees.

Dated: December 23, 2009          Respectfully submitted,

G. HOPKINS GUY, III
MONTE M.F. COOPER
ORRICK, HERRINGTON & SUTCLIFFE LLP


                                  /s/ *G. Hopkins Guy, III /s/*
                                  Monte M.F. Cooper
                                  Attorneys for MetaRAM, Inc.


Dated:  December 23, 2009         Respectfully submitted,

ADRIAN M. PRUETZ
ERICA J. PRUETZ
PRUETZ LAW GROUP LLP


                                  /s/ *Adrian M. Pruetz* /s/
                                  Adrian M. Pruetz
                                  Attorneys for Netlist, Inc.

Dated: December 23, 2009          Respectfully submitted,


ENOCH H. LIANG
STEVEN R. HANSEN
LEE TRAN & LIANG APLC


                                  /s/ *Enoch H. Liang* /s/
                                  Enoch H. Liang
                                  Attorneys for Netlist, Inc.

**ATTESTATION OF E-FILED SIGNATURES**

I, Adrian M. Pruetz, attest that Monte M.F. Cooper has read and approved the Joint Stipulation of Dismissal with Prejudice and [Proposed] Order and consents to its filing in this action. I will maintain an executed copy of this document in our files that can be made available for inspection upon request.

Dated: December 23, 2009

/s/ *G. Hopkins Guy, III* /s/
Monte M.F. Cooper
Attorneys for MetaRAM, Inc.

Dated: December 23, 2009

/s/ *Adrian M. Pruetz* /s/
Adrian M. Pruetz
Attorneys for Netlist, Inc.

OHS West:260799617.1
16870-2001

- 3 -

JOINT STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NO.: C-09-1309 VRW

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1. Case No. C-09-1309 VRW and all claims and counterclaims asserted herein are dismissed <u>with prejudice</u>.

2. Each party shall bear its own costs and fees.

3. The Clerk is directed close the files in the above-captioned matter.

Dated: December 28, 2009



OHS West:260799617.1
16870-2001

- 4 -

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
CASE NO.: C-09-1309 VRW